IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SOUTHERN WABASH COMMUNI-CATIONS CORP., et al. | ) ) |
| v. | ) NO. 3:05-0339 ) JUDGE CAMPBELL ) |
| ABC NETWORK, INC. d/b/a ESPN RADIO, et al. | ) ) |

ORDER

Pending before the Court is Defendant ABC Network, Inc. d/b/a ESPN Radio's Motion to Dismiss or to Transfer (Docket No. 25). For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE