IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SOUTHERN WABASH COMMUNI-CATIONS CORP., et al. | ) ) |
| v. | ) NO. 3:05-0339 ) JUDGE CAMPBELL ) |
| ABC NETWORK, INC. d/b/a ESPN RADIO, et al. | ) ) |

ORDER

Pending before the Court is Defendants Cumulus Licensing LLC and Lewis W. Dickey, Jr.'s Motion to Dismiss the Complaint for Lack of Personal Jurisdiction (Docket No. 68). For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED as to Defendant Cumulus Licensing LLC and DENIED without prejudice as to Defendant Lewis W. Dickey, Jr.

The case is referred to the Magistrate Judge to get discovery moving. The Magistrate Judge shall set specific dates for depositions if necessary.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE